UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br><br>v.<br><br>JEFFREY R. JONES,<br><br>       Defendant. | Case No. 20-CR-151-JPS<br><br><br>**ORDER** |

   Defendant is charged in a nine-count indictment with narcotics and firearms offenses. (Docket #10). On July 27, 2020, law enforcement seized approximately $12,978.00 from a residence located at 8XX South 18th Street, Milwaukee, Wisconsin. (Docket #26). The government seeks an order from the Court to maintain custody of the seized asset pending the resolution of these proceedings. (*Id.*); 18 U.S.C. § 983(a)(3)(B)(ii)(II). This asset was seized pursuant to a search warrant and is subject to administrative forfeiture. The Court, having reviewed the government's submission and the applicable statutes, finds that such an order is warranted under these circumstances, where the asset was lawfully seized and may be subject to criminal forfeiture in this proceeding. *See* 21 U.S.C. § 853(e)(1); *United States v. Scarmazzo*, No. 1:06-CR-00342-AWI, 2007 WL 587183, at *3 (E.D. Cal. Feb. 22, 2007).

   Accordingly,

   **IT IS ORDERED** that the government's motion for an order allowing it to maintain custody of seized property pursuant to 18 U.S.C. § 983(a)(3)(B)(ii)(II) (Docket #26) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(e)(1), the United States and its agencies, including the Federal Bureau of Investigation, are authorized to maintain and preserve the seized asset until this criminal case is concluded or pending further order of this Court. The Court further concludes that this order satisfies the requirements of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

Dated at Milwaukee, Wisconsin, this 22nd day of December, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge