UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JEFFREY R. JONES,

                Defendant.

Case No. 20-CR-151-JPS

**ORDER**

      On August 25, 2020, the grand jury returned a nine-count indictment charging Defendant with selling, distributing, or dispensing a controlled substance, possessing a firearm in furtherance of drug trafficking, and being a felon in possession of a firearm, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 18 U.S.C. §§ 922(g)(1), 924(c)(1)(A)(i), 924(a)(2). (Docket #10). On January 28, 2021, the parties entered into a plea agreement as to Counts Three and Nine of the Indictment. (Docket #29).

      The parties appeared before Magistrate Judge Nancy Joseph on February 9, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #32). Defendant entered a plea of guilty as to Counts Three and Nine of the indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (*Id.*)

On February 9, 2021, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #32) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 9th day of March, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge